IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00984-DME-MEH

GILLIE THURBY,

    Plaintiff,

v.

ENCORE RECEIVABLE MANAGEMENT, INC., a Kansas corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 14, 2008.**

    The Stipulated Motion for Entry of Protective Order [filed July 11, 2008; doc #7] is hereby **granted**. The Protective Order in this matter is filed contemporaneously with this minute order.